CORNELIUS VAN SCHAICK, *Respondent, v.* ELIZA E. DE WITT and another, *Appellants.* — Judgment affirmed, with costs. Opinion by BOCKES, J.

HARVEY HENDERSON, *Respondent, v.* C. LE ROY WILLIAMS, *Appellant.* — Judgment affirmed, with costs. Opinion by BOARDMAN, J.; LEARNED, P. J., dissenting.

SAMUEL D. COYKENDALL, *Appellant, v.* ABRAM CONSTABLE, *Respondent, Impleaded, etc.* — Judgment affirmed, with costs. Opinion by LEARNED, P. J.; BOCKES, J., dissenting.

EDWARD KELLY and another, *Appellants, v.* FRANCES A. GEER, *Respondent.* — Judgment affirmed, with costs. Opinion by BOCKES, J.; BOARDMAN, J., not acting.

JAMES ROBERTSON, *Appellant, v.* EDWARD S. BINK, *Respondent.* — Judgment affirmed, with costs. Opinion by BOARDMAN, J.

PHEBE SCHUSTER and another, *Respondents, v.* THE DUTCHESS COUNTY MUTUAL INSURANCE COMPANY, *Appellant.* — Judgment affirmed, with costs. Opinions by LEARNED, P. J., and by BOCKES, J., dissenting.

JAMES N. JOBE, *Respondent, v.* THOMAS DAVIDSON, *Appellant.* — Judgment and order affirmed, with costs. Opinion by LEARNED, P. J.

JULIA E. HOOGHKIRK, *Administratrix, etc., Respondent, v.* THE PRESIDENT, ETC., OF THE DELAWARE AND HUDSON CANAL COMPANY, *Appellant.* — Order affirmed, with costs. Opinion by BOARDMAN, J.

IN THE MATTER OF THE ACCOUNTING OF EDMOND RAYMOND, *Assignee, etc.* — Judgment affirmed, with costs. Opinion by LEARNED, P. J.; BOCKES, J., not acting.

JOHN O'NEIL, *Appellant, v.* ALEXANDER MCNEELEY and others, *Respondents.* — Both orders affirmed, with ten dollars costs on each order and printing disbursements. Opinion by BOARDMAN, J.

IN THE MATTER OF THE ACCOUNTING OF CORNELIUS A. WALDRON, *Assignee, etc.* — Order affirmed, with costs. Opinion by BOCKES, J.

ELIZABETH DONALD, *Appellant, v.* WILLIAM ROCKWELL, *Respondent.* — Order affirmed, with ten dollars costs and printing disbursements. Opinion by LEARNED, P. J.

THE PEOPLE OF THE STATE OF NEW YORK *ex rel.* MINNIE W. RIORDAN, *Appellant, v.* MADAME O'ROURKE, *Lady Superior of the Convent of the Sacred Heart, Respondent.* — Order affirmed, with costs. Opinion by BOARDMAN, J.; LEARNED, P. J., not acting.

MARETTA L. STEBBINS, *Respondent, v.* WILLIAM BREESE, *Appellant.* — Judgment and order affirmed, with costs. Opinion by BOCKES, J.

FREDERICK J. BOGART, *Respondent, v.* MILES LANDON, *Appellant.* — Judgment reversed, new trial granted, referee discharged, costs to abide event. Opinion by BOCKES, J.